IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN ORSON CHARLES DEY BEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-920 |
| | : | |
| v. | : | |
| | : | |
| FIDELITY INVESTMENT LLC, | : | |
| a/k/a FIDELITY BROKERAGE | : | |
| SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of March, 2023, after considering the motion to confirm arbitration award filed by the *pro se* plaintiff, Kevin Orson Charles Dey Bey ("Bey") (Doc. No. 1-2) and the information otherwise provided in the notice of removal filed by the defendant Fidelity Investment LLC, a/k/a Fidelity Brokerage Services, LLC ("Fidelity") (Doc. No. 1); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Bey shall **SHOW CAUSE** why this court should not deny his motion to confirm arbitration award (Doc. No. 1-2) and vacate the purported arbitration award seemingly entered by American Arbitration Management Services, which is attached to Bey's motion to confirm arbitration award;

2. Bey shall have until no later than **Tuesday**, **March 28, 2023**, to file a written response to this order to show cause with the clerk of court;

3. If Fidelity desires to provide the court with its position regarding the potential denial of the motion to confirm arbitration award and vacatur of the purported arbitration award, it shall file any written submission no later than **Tuesday**, **March 28, 2023**;

4. If Bey does not timely file a written response in accordance with paragraph 2 of this order, the court will interpret this failure as Bey's lack of opposition to the court denying his motion to confirm arbitration award and vacating the arbitration award purportedly entered by American Arbitration Management Services;

5. The court will hold a hearing on the order to show cause on **Wednesday**, **March 29, 2023**, at **3:00 p.m.**, at the United States Courthouse, the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042;

6. Bey is **DIRECTED** to **personally/physically appear** for the hearing scheduled in paragraph 5 of this order; and

7. If Bey does not appear for the hearing scheduled in paragraph 5 of this order, the court will interpret this failure as Bey's lack of opposition to the court denying his motion to confirm arbitration award and vacating the arbitration award purportedly entered by American Arbitration Management Services.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.